No. 599. LINDLEY E. SINCLAIR, PETITIONER, *v.* DISTRICT OF COLUMBIA. March 21, 1904. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia

denied.  *Mr. C. C. Cole* and *Mr. J. J. Darlington* for petitioner.
*Mr. A. B. Duvall* and *Mr. E. H. Thomas* for respondent.